**Cornelius RODGERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 96932.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 2012.

Motion For Rehearing and/or Transfer to Supreme Court Denied Dec. 13, 2012.

---

Cornelius D. Rodgers, Mineral Point, MO, for Appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Cornelius D. Rodgers appeals from the motion court's denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).